FILED

05/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0571

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 22-0571

STATE OF MONTANA,

Plaintiff and Appellee,

v.

TRISTAN MICHAEL LANGFORD,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's Unopposed Motion for Extension of Time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 7, 2024, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed and dated as indicated below.

Order - 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 31 2024